UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

L T TUCKER,

    Plaintiff,

v.

D. CONNOR,

    Defendant.

_____/

Case No. 2:19-cv-175

Hon. Hala Y. Jarbou

### ORDER

The Court having reviewed "Plaintiff Tucker Reply to Defendant Response to Plaintiff Tucker Objections (ECF No. 138) to the Report and Recommendation (ECF No. 137)" (ECF No. 141), construes the filing as Plaintiff's surreply. Accordingly:

**IT IS ORDERED** that "Plaintiff Tucker Reply to Defendant Response to Plaintiff Tucker Objections (ECF No. 138) to the Report and Recommendation (ECF No. 137)" (ECF No. 141) is **DENIED** as improper.

Dated:   December 7, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE