## UNITED STATES OF DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:19-cv-175-HYJ | 3/15/2022 | 12:24 pm – 12:31 pm | Maarten Vermaat |

### CASE CAPTION

| |
|---|
| L T Tucker #132271 v D. Connor |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Plaintiff In Pro Per | |
| Jessica Pelto and Joshua Marcum | Defendant |

### PROCEEDINGS

**NATURE OF HEARING:** Final Settlement Conference

Defense gave their final settlement offer which was rejected by Plaintiff.

The case will proceed to trial before Hon. Hala Y. Jarbou at 1:00 this afternoon.

Proceedings Digitally Recorded
Deputy Clerk: C.A. Moore