UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**MINUTES**

L T TUCKER,

    Plaintiff,

v.

D. CONNOR, et al.,

    Defendants.
_____/

CASE NO.: 2:19-cv-175
DATE: March 15, 2022
TIME: 11:33 AM – 12:18 PM
       1:04 PM – 2:54 PM
       3:22 PM – 4:51 PM
PLACE: Marquette
JUDGE: Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):
L T Tucker, Pro Se

DEFENDANT(S):
Jessica Ellen Pelto
Joshua Douglas Marcum

**WITNESSES**

PLAINTIFF(S):
Michael Wolfe #275844
Timothy Spencer #189009
Nicholas Waddell #964038
Larry Taylor #432734
L T Tucker

**PROCEEDINGS**

NATURE OF HEARING:
Jury Trial began: jury selection; jury sworn; preliminary instructions; opening statements by both parties; Plaintiff's presentation of evidence began; continued to March 16, 2022, at 9:00 AM.


COURT REPORTER:   Genevieve Hamlin          /s/ A. Seymore
                                                                                                    CASE MANAGER